# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ORIGINS TECH, INC., a Delaware
Corporation; SETH BAILEY, a Utah
resident; SEAN MILLER, a Utah
resident;

     Plaintiffs,

vs.

Case No. 2:25-mc-00213

OAK EQUITY HOLDINGS II, LLC, a
California limited liability company;
LeERIK MURRAY, an individual; OAK
HOLDINGS, LLC, a California limited
liability company; MELROSE
ASSOCIATES, LLC, a California limited
liability company;

     Defendants.

## NOTICE OF DISMISSAL

Plaintiffs Origins Tech, Inc., Seth Bailey, and Sean Miller notify the Court that they have dismissed their cause of action in the underlying case against the defendants, in case number 2:23-cv-00326-TS-DAO before the United States District Court for the District of Utah. The plaintiffs' dismissal has extinguished their pending subpoena against Kent Price and the need for this Court's authority to enforce that subpoena.

Respectfully submitted,

WITHERS, BRANT, IGOE & MULLENNIX, P.C.

*/s/ Landon W. Magnusson*
Landon W. Magnusson (25320)
Two South Main Street
Liberty, Missouri 64068
Telephone:   816.781.4788
Telecopier:   816.792.2807
LMagnusson@WithersBrant.com
Attorneys for Plaintiffs

1

<u>Certificate of Service</u>

I certify that the foregoing material (*i.e.*, the above certificate of service, along with the D. Utah Notice of Filing, and the Motion to Compel) was served upon the attorney of record for Mr. Price, Joshua D. Cohen, on October 15, 2025 by sending a copy of all of the above material by email to their email addresses of record, [jcohen@fennemorelaw.com](mailto:jcohen@fennemorelaw.com), respectively, and via US Mail to their physical addresses of record:

Joshau D. Cohen
FENNEMORE LLP
1111 Broadway 24th Floor
Oakland, CA 94607

> */s/ Landon W. Magnusson*
> Attorney for Plaintiffs